# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY ANTONELLI,<br><br>　　　　Plaintiff<br>　v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　Defendant | )<br>)<br>)<br>)<br>) **Case No.: 2:12-cv-1598-MAM**<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.

/S/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID # 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff